UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1867 ABC (JCx) | Date | September 6, 2011 |
|---|---|---|---|
| Title | James Chapman v. Mo Bahadori | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge |
|---|---|

| Angela Bridges | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE Why Late Opposition Should Not Be Stricken (In Chambers)

Pending before the Court is Defendant and Judgment Debtor Mo Bahadori's Motion to Set Aside Default Judgment, set for hearing on Monday, September 19, 2011. (Docket No. 80.) Based on that hearing date, Plaintiff and Judgment Creditor James Chapman's opposition was due no later than Monday, August 29, 2011. See Local Rule 7-9 (stating that an opposition to a motion is due "not later than twenty-one (21) days before the date designated for the hearing of the motion"). Plaintiff filed a belated opposition on August 31, 2011.

The Court ORDERS Plaintiff to show cause no later than **Monday, September 12, 2011** why the Court should not strike his belated opposition and treat Defendant's motion as unopposed. See Local Rule 7-12 ("The failure to file any required paper, or failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). This Order does not affect Defendant's deadline to file a reply brief if he chooses to do so. See Local Rule 7-10.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | AB |